[Dogmrdt] [District Order Granting Motion To Redact]

ORDERED.

Dated: October 8, 2015

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No. 6:15–bk–04289–CCJ
                                                                    Chapter 13
Coy Joseph Bryson

_____Debtor*_____/

ORDER GRANTING MOTION TO REDACT

THIS CASE came on for consideration, without hearing, of the Motion to Redact filed by Partners Federal Credit Union on October 7, 2015 , Doc. # 36 (the "Motion"). The Motion seeks immediate relief to protect personal data contained or included in the proof of claims , 7–1 and 7–2 , filed by Partners Federal Credit Union . Accordingly, it is

***ORDERED:***

1. The Motion is Granted.

2. The Clerk is directed to immediately restrict remote electronic access to proof of claims 7–1 and 7–2 and all attachments.

3. Partners Federal Credit Union may file within 30 days an amended proof of claim limited to only redacting personal data identifiers. The time of filing of such amended proof of claim shall relate back to the original proof of claim .

Movant to Serve.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.